UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUNG YIL JO,

                              Plaintiff,

                    -against-

DEPT. OF JUSTICE,

                              Defendant.

22-CV-7699 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 6, 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP)
without first obtaining from the court leave to file. *See In re Young Yil Jo*, ECF 1:14-CV-7793, 3
(S.D.N.Y. May 6, 2015). On September 7, 2022, Plaintiff filed this new *pro se* case. Because
Plaintiff did not pay the $402.00 in fees required to file this action, the Court assumes Plaintiff is
seeking to proceed IFP. Plaintiff has not sought leave from the court. The Court therefore
dismisses the action without prejudice for Plaintiff's failure to comply with the May 6, 2015,
order.

The Court advises Plaintiff that the filing injunctions issued in *In re Young Yil Jo*, 1:14-
CV-7793 (S.D.N.Y.), remain in effect. Plaintiff is enjoined from filing any new civil action or
proceeding in this court without first obtaining leave of the court. Plaintiff also remains barred
from filing any document in this court in the name of another person.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would
not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an
appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant
demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:    September 13, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge