UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG YIL JO,<br><br>                          Plaintiff,<br><br>          -against-<br><br>DEPT. OF JUSTICE,<br><br>                          Defendant. | 22-CV-7699 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the September 13, 2022, order, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 13, 2022
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge